JOHN W. MASURY, Appellant, *v.* WILLIAM H. WHITON, Executor, etc., Respondent.

The award of an arbitrator cannot be set aside for mere errors of judgment as to the law or facts. If the arbitrator keeps within his jurisdiction and is not guilty of fraud, corruption or other misconduct affecting his award, it is unassailable.

(Argued October 15, 1888; decided November 27, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1887, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

This was an action to set aside an award. The answer set up the award as a counter-claim, asking judgment for the amount awarded. The trial court found against the plaintiff, dismissed the compaint and gave judgment for defendant on the counter-claim. The court here, after a discussion of the facts, reach the conclusion that the arbitrator did not exceed his jurisdiction and that there was no evidence of any misconduct on his part.

The following is the *mem.* of opinion:

" The award of an arbitrator cannot be set aside for mere error of judgment as to the law or facts of the case submitted to him. If, in making his award, he keeps within his jurisdiction and is not guilty of fraud, corruption or other misconduct affecting his award, then his award is unassailable. (*Perkins*

v. *Giles,* 50 N. Y. 228; *Morris River Coal Co.* v. *Salt Co.,* 58 id. 667; *Fudickar* v. *Guardian Mutual Life Ins. Co.,* 62 id. 392)."

*John L. Hill* for appellant.

*Moody B. Smith* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.